(106 So. 918)

Claud HOBBY, alias Bull, v. STATE. (6 Div. 854.) (Court of Appeals of Alabama. Jan. 12, 1926.) Appeal from Circuit Court,

Jefferson County; H. P. Heflin, Judge. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. Appellant was convicted of a felony. There is no bill of exceptions. Neither is the oral charge of the court set out in the record. The charges refused to appellant will not be considered. There appearing no prejudicial error in the record, the judgment is affirmed. Affirmed.